[No. 21169–2–I.   Division One.   February 6, 1989.]

PEOPLES NATIONAL BANK OF WASHINGTON, *Appellant,* v.
WILLIAM D. BOONE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 84–2–00375–8, Arthur E. Piehler, J., entered October 2, 1987. *Reversed* by unpublished opinion per

Scholfield, J., concurred in by Pekelis, J., and Carroll, J. Pro Tem.